UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JANET ADERHOLD,
    Plaintiff,

vs.                                                               Case No.: 3:20cv5411/LAC/EMT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,1
       Defendant.
                            /

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on July 27, 2021 (ECF No. 17). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No.

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration (SSA) on July 9, 2021. Pursuant to Fed. R. Civ. P. 25(d), Ms. Kijakazi is automatically substituted for Andrew Saul as the Defendant in this case.

Case No.: 3:20cv5411/LAC/EMT

17) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED**.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 26th day of August, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv5411/LAC/EMT